George GRANT, Jr., Plaintiff—
Appellant,

v.

Captain BRYANT; Ms. Swaney, Kitchen Supervisor of Anderson County Detention Center; Joey Preston, County Administrator; David Crenshaw, Sheriff; County of Anderson, Defendants—Appellees.

No. 07–7251.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 15, 2007.

Decided: Nov. 27, 2007.

George Grant, Jr., Appellant Pro se. James Victor McDade, Doyle, O'Rourke, Tate & McDade, PA, Anderson, South Carolina, for Appellees.

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Grant, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Grant v. Bryant,* No. 0:07–cv–00278–GRA, 2007 WL 2302581 (D.S.C. Aug. 9, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*